JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-06727-JLS-MAR                              Date: August 25, 2024
Title:  The United States of America et al v. Gavin Newsom et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|      Charles Rojas      |      N/A      |
|-------------------------|---------------|
| Deputy Clerk            | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

Not Present                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION**

Relator Carl Gordon *pro se* filed this False Claims Act ("FCA") action on behalf of the United States government. (See Doc. 1.) The United States declined to intervene in this action, and the Court unsealed it. (Docs. 29, 30 & 33.)

In its prior order, the Court explained that the Ninth Circuit has held that a relator cannot proceed *pro se* under the FAC.  (OSC, Doc. 48); *see Stoner v. Santa Clara Cnty. Off. of Educ.*, 502 F.3d 1116, 1127 (9th Cir. 2007).  As such, the Court gave Relator 30 days to secure counsel.  (*See* OSC.)  Relator, however, submitted a response that was unresponsive to the Court's concerns.  (Resp., Doc. 49.)  Because Relator has not secured counsel, the Court DISMISSES this action.

Initials of Deputy Clerk: cr